UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21886-CIV-JORDAN

| | |
|---|---|
| AURORA GUTIERREZ for Fernando Allande, | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) ) ) |
| Defendants | ) |

**FINAL JUDGMENT**

Upon a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge Dube [D.E. 20], to which there have been no objections. Accordingly, the plaintiff's motion for summary judgment [D.E. 12] is granted, and the defendant's motion for summary judgment [D.E. 19] is denied.

The ALJ's decision denying benefits to Fernando Allende is reversed, and the matter is remanded for a proper evaluation of the mental impairment issue.

This case is closed.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of September, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge Dube
           All counsel of record